# CASE ANNOUNCEMENTS
## April 26, 2011

[Cite as *04/26/2011 Case Announcements #2*, 2011-Ohio-2012.]

## MOTION AND PROCEDURAL RULINGS

2011–0685.   State v. Davis.
Montgomery App. No. 23858, 2011-Ohio-1280. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On April 26, 2011, appellant filed a motion for immediate stay of the court of appeals' judgment. It is ordered by the court, sua sponte, that the court of appeals' March 18, 2011 judgment is temporarily stayed pending the filing of a response and a ruling on the motion by the court.

# CASE ANNOUNCEMENTS
## April 27, 2011

[Cite as *04/27/2011 Case Announcements*, 2011-Ohio-2010.]

## MOTION AND PROCEDURAL RULINGS

2010–1335.   Am. Chem. Soc. v. Leadscope, Inc.
Franklin App. No. 08AP–1026, 2010-Ohio-2725. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It is ordered by the court, sua sponte, that David DeBruin and any other attorneys not admitted in the state of Ohio who seek admission pro hac vice in the above-captioned matter must fully comply with Rule 1.2 of the Supreme Court Rules of Practice within 30 days of the date of this entry, or the case will proceed with only counsel that are registered for active status with the Office of Attorney Services of the Supreme Court as required by Rule VI of the Supreme Court Rules for the Government of the Bar of Ohio appearing on behalf of American Chemical Society.